**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 10 2014

BROOKLYN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

JEFFERSON LEITOE,

                                        Plaintiff,

-against-

CITY OF NEW YORK; Detective MICHAEL ZAK, Shield No. 5972; Detective ROBERT WOODHOUSE, Shield No. 4975; and JOHN and JANE DOE 1 through 10, individually, and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),

                                        Defendants.
----------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

14 CV 5865 (NG)(JO)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

      1.      The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
      January 23, 2015

| | |
|---|---|
| HARVIS WRIGHT & FETT LLP<br>*Attorneys for Plaintiff*<br>305 Broadway, 14th Floor<br>New York, NY 10007<br><br>By: _____<br>    Gabriel Harvis<br>    *Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City, Zak and Woodhouse*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>    Vicki B. Zgodny<br>    Assistant Corporation Counsel |

SO ORDERED:

s/Nina Gershon

HON. NINA GERSHON
UNITED STATES DISTRICT JUDGE

Dated: Feb. 9, 2015

2